No. 01–1237. McMurtry v. United States. C. A. 7th Cir. Certiorari denied.

No. 01–1255. Meza-Lopez v. United States. C. A. 8th Cir. Certiorari denied.

No. 01–1260. Giraud-Pineiro v. United States. C. A. 1st Cir. Certiorari denied.

No. 01–1262. Garber et al. v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–1265. Ward v. United States. C. A. 8th Cir. Certiorari denied.

No. 01–6162. Wynn v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 01–7573. Sanchez-Ronquillo v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7954. Mangan v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–7957. Mills v. Bell, Correctional Administrator I, Pender Correctional Institution. C. A. 4th Cir. Certiorari denied.

No. 01–7959. Keenan v. Curtis, Warden. C. A. 6th Cir. Certiorari denied.

No. 01–7960. Keenan v. Curtis, Warden. C. A. 6th Cir. Certiorari denied.

No. 01–7964. Whitchard v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 01–7965. Tricarico v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 01–7966. Sims v. Newland, Warden. C. A. 9th Cir. Certiorari denied.

No. 01–7967. Stevenson v. French, Warden. C. A. 4th Cir. Certiorari denied.